# USERY & ASSOCIATES

TUNG SING WONG, ESQ.
Admitted in NY and NJ

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2023
```

## MEMORANDUM ENDORSED

Direct Dial: (917) 778-6429
Email: TWONG2@TRAVELERS.COM

May 9, 2023

**VIA ECF**

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Room 2260
New York, NY 10007

    Re:    **The Travelers Indemnity Company of Connecticut v. Interstate Fire & Casualty Company and Valiant Insurance Company**
           Case No.:    1:23-cv-1158-GHW

Dear Judge Woods:

    This firm represents Plaintiff The Travelers Indemnity Company of Connecticut ("Travelers") in the referenced matter. After additional discussions with representatives of Valiant Insurance Company ("Valiant"), the correct entity to be named is Blackboard Insurance Company.

    For the reasons outlined, it is respectfully requested that the court permit a 30-day adjournment of the initial conference and the filing of the initial discovery plan.

                              Respectfully Submitted,

                              /s/Tung Sing Wong

                              Tung Sing Wong

---

Application granted in part. The initial pretrial conference in this case is hereby adjourned to June 13, 2023 at 3:00 p.m. The joint letter and case management plan referenced in the Court's original order scheduling the initial pretrial conference, see Dkt. No. 8, are due no later than June 6, 2023. All other information in that order remains in full force and effect. If Plaintiff seeks leave to amend its complaint, it should file a letter saying so and stating whether all parties currently in the case consent to amendment. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: May 9, 2023
New York, New York

                                                  GREGORY H. WOODS
                                                  United States District Judge