USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2023

# USERY & ASSOCIATES

TUNG SING WONG, ESQ.
Admitted in NY and NJ

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

**MEMORANDUM ENDORSED**

July 5, 2023

**VIA ECF**

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Room 2260
New York, NY 10007

  Re: **The Travelers Indemnity Company of Connecticut v. Interstate Fire & Casualty Company and Valiant Insurance Company**
    Case No.: 1:23-cv-1158-GHW

Dear Judge Woods:

  This firm represents Plaintiff The Travelers Indemnity Company of Connecticut ("Travelers") in the referenced matter. As instructed by the Court, Plaintiff has separately moved to amend its complaint with the consent of counsel for Blackboard Insurance Company ("Blackboard"). Counsel for Blackboard has advised they will appear shortly in this matter and will accept service of the amended complaint. After discussion with Blackboard's counsel, it is respectfully requested that the court permit a 30 day adjournment of the initial conference and the filing of the initial discovery plan.

          Respectfully Submitted,

          */s/Tung Sing Wong*

          Tung Sing Wong

---

Application granted. The initial pretrial conference in this case is adjourned to August 8, 2023 at 4:00 p.m. The joint letter and case management plan reference in the Court's original order scheduling the initial pretrial confernece, *see* Dkt. No. 8, are due no later than August 1, 2023. All other information in that order and in the Court's previous orders remains in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: July 5, 2023
New York, New York

                  _____
                  GREGORY H. WOODS
                  United States District Judge